IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:98 mj 71

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| SEAN COPELAND. ) | |
| _____ ) | |

**THIS MATTER** is before the court upon the government's Motion to Dismiss. Having considered the government's Motion to Dismiss and reviewed the pleadings, and it appearing that good cause has been shown for the relief sought, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss is **GRANTED,** and the Criminal Complaint and this action are DISMISSED without prejudice.

Signed: October 9, 2008

Dennis L. Howell
United States Magistrate Judge